# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Michael Cunningham

Plaintiff(s)

v.

Otis Elevator Company

Defendant(s)

CASE No C 4:24-cv-08580-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   Private mediation with Hon. Bonnie Sabraw (Ret.) of ADR Services, Inc.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  July 25, 2025

Date: March 12, 2025

/s/ Ryan L. Kraft
Attorney for Plaintiff

Date: March 12, 2025

/s/ Pieter D. Keushkerian
Attorney for Defendant

☒  X  IT IS SO ORDERED.
☐  IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  3/17/2025

U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*